**Order filed February 27, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00101-CV

———————

### In the Interest of J.D.W., a child

On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2010-05519

## ORDER

This is an accelerated appeal from a judgment in a parental termination case. The notice of appeal was filed January 23, 2018. Appellant has established indigence or is presumed to be indigent. The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App.

P. 35.3(c).  The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary.  *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We direct the judge of the 309th District Court to **immediately** conduct a hearing at which the court reporter, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for the failure to file the record; (b) to establish a date certain when the reporter's record will be filed; and (c) to make findings as to whether the court reporter should be held in contempt of court for failing to file the reporter's record timely as ordered.  We order the court to prepare a record, in the form of a reporter's record, of the hearing.  The judge shall make findings of fact and conclusions of law, and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court on or before **March 9, 2018.** If the court reporter files the record before the date set for the hearing, the trial court need not hold a hearing.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.